**SEALED**

TRINA A. HIGGINS, United States Attorney (#7349)
CHRISTOPHER BURTON, Assistant United States Attorney (Nevada State Bar #12940)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270
Email: Christopher.Burton4@usdoj.gov

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH
JUN 13 2023
GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CORCIONE,<br><br>Defendant. | INDICTMENT<br><br>Count I: 18 U.S.C. § 2422(b), Coercion and Enticement<br><br><br>Case: 4:23-cr-00047<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/12/2023<br>Description: USA v. |

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 2422(b)
(Coercion and Enticement)

Between May 13, 2023 and May 17, 2023, in the District of Utah,

JOSEPH CORCIONE,

defendant herein, using a facility or means of interstate or foreign commerce, did

knowingly persuade, induce, entice, and coerce any individual who has not attained the

age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C. § 2422(b).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422, the defendant shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to:

- Black Samsung S23 Ultra bearing user name "Joseph's S23 Ultra"

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

2